# EXHIBIT "A"

these pages here, page four of five. I would have never allowed my name to be spelled wrong. I've never seen what we're looking at today.

Q Let's go through it. Take a look at page two of five, the second page.

Is that the magazine you work for currently as the picture is depicted on page two of five at the top?

MR. THOMPSON: Objection.

She said she didn't work for --

Q I'm asking is that the picture of a cover of a magazine you work for?

A Yes.

Q Is that a picture of a cover that was at the newsstands at some point in time?

A It was actually in record stores I believe. I'm not sure of the circulation or the distribution so I cannot speak as to whether it was available on newsstands.

Q The picture that's depicted in page two of five, is that the picture of RAW magazine when you were the Editorial Director?

A This image here, yes. (Indicating.)

the conversation you had with Jeremy Miller.

A Jeremy had a book of salary ranges for editorial positions and he would show that book to me to show me that this is what an Executive Editor makes and to show me that I was in the range of Executive Editor or whatever position it was. He showed me what the Editor-in-Chief range was and showed me what other staff ranges were to make me feel comfortable for not being the Editor-in-Chief I guess. I don't know why we did that when it came to me, but we often had conversations about salary range and my duties and the fact that I was doing the job of the Editor-in-Chief.

Q Did you ever express to him that you felt you were being discriminated against?

A Yes.

Q Tell me when you told him that you felt you were being discriminated against.

A I don't recall when I specifically told Jeremy, but there were times in his office when I let him know that Dave and Ray were doing things to me and doing things to Adila

that were inappropriate and he acknowledged that.

Q Did you use the word discrimination when you spoke to Jeremy?

A I don't remember using discrimination when I spoke to him.

Q Did you ever say to him that men and women are treated differently at The Source?

A In substance, yes.

Q What do you mean in substance?

A I mean that I may not have used the exact words that you just said, but I definitely spoke to Jeremy about the way that men were treated at The Source and the way that women were treated at The Source.

Q Tell me what you said specifically as you sit here today.

A I don't recall.

Q Tell me generally what you recall of what you said to him.

A I don't recall. I know that we had those conversations.

Q This is in the year 2002?

Miller; is that correct?

A Those are the people that I know made more money than me. Now you're asking me whether they're similarly situated to me?

Q Ms. Osorio, I asked you this of you on the record and it's on the record. I'm asking you other than these three that you've identified as similarly situated, are there any others?

A Not to my knowledge. I can't remember right now because the line of questioning was just confusing to me with regard to who made more money than me, who do I think was similarly situated that made more money than me, who do I think was similarly situated. There was just a lot of questions in that one session that came out.

Q I'm going to ask you again.

A Okay.

Q The similarly situated individuals you believe earned more money than you, who are they?

A Chris White.

Q Who else?

A I believe that Tom Rudd made more money than me, but he was not similarly situated because he reported to Chris White so I was the most senior person on the editorial staff.

Chris White was the most senior person on the sales staff and Tom Rudd reported to Chris White so I wouldn't consider Tom Rudd to be similarly situated. I would consider him to be under me, not as senior as the position that I had. On the Sales Department I was informed that they also got bonuses.

Q You did not?

A Did not what?

Q As Editor-in-Chief you did not get bonuses?

A I got a Christmas bonus once.

Q Who else do you believe was similarly situated to you that made more money than you?

A I don't believe that there was anyone else that I knew of, but there were other things like perks, like living allowances that people who were not similarly situated to

me got.

Q List for me the individuals you believe were not similarly situated than you and were earning more money than you.

A Tom Rudd. I don't know of anyone else. I can't think of anyone else at this time.

Q Didn't you mention Jeremy Miller before?

A When I mentioned Jeremy Miller it was in response to who made more money than me.

Q He's not similarly situated, correct?

A Technically I reported to him on financial issues.

Q He was a Chief Operating Officer of The Source, correct?

A Yes.

Q So he would be above you, correct?

A Yes.

Q Other than Tom Rudd, are there any individuals that were below you during the time you were Editor-in-Chief that you believe made more money than you?

A Base salary, not that I believe, but when you couple in sales, bonuses and things like living allowances then I don't know. There could be others.

Q During the time you worked at The Source did you ever look at some of these salaries? Did you ever look at Tom Rudd's salary?

A No.

Q Did you ever look at Jeremy Miller's salary?

A I wasn't privy to those records.

Q The belief you had that they made more money than you is based on your assumption, correct?

A It's based on what I heard in the office.

Q It's based on the assumption, correct?

A No, I heard that was the case.

Q Who gave you that information?

A I don't recall.

Q Was it anyone in management that gave you that information?

A I don't recall.

Q Did you ever see a document that reflected their salaries during the time you worked at The Source?

A No.

Q I'm going to go back. Is it based on an assumption?

MR. THOMPSON: Objection. Asked and answered.

A No, I heard that.

Q Is it based on rumor?

A Yes.

Q You mentioned a living allowance. What was the living allowance?

A I had heard that certain people had living allowances.

Q Do you know who they were?

A I knew that Dale Johnson or I heard that Dale Johnson had a living allowance.

Q Anyone else?

A There could be others, but I don't recall. I know that there were other things like clothing allowances that I had heard people had. In particular, Selwyn Hinds had a

clothing allowance. I knew that before I even took the job of Editor-in-Chief.

Q You said that he was a former Editor-in-Chief, correct?

A Before Carlito, yes.

Q Do you know if Dale Johnson was part of the Boston Crew?

A I believe him to be, but I don't know that for a fact.

Q Have you identified Dale Johnson as part of the Boston Crew?

A Probably, yes. I'm not sure. I don't recall, but that's what I believe. I couldn't tell you whether he's from Boston. I don't know that.

Q Is he friends with Dave and Ray?

A Yes.

Q Is Selwyn Hinds part of the Boston Crew?

A No.

Q Was he friends with Dave and Ray?

A No. I believe that they don't even like Selwyn now.

Q At the time he worked at The Source

Q I'm not asking you that. I'm asking you if you knew her work performance and you said no.

A No, I don't.

Q Did she have an editorial job?

A No.

Q Who else?

A I want to say something else about discrimination and the factual claim. The men on the staff had a staff barber who was employed by the company, but women were never given a beautician or a manicurist or -- this staff barber was on the mass head of The Source magazine and was there to cut and give free haircuts to the men in the company.

Q The staff barber, when did that exist in The Source?

A I couldn't tell you dates. It's on the mass head at a certain period of time and even after that there was still a staff barber.

Q Was it when you arrived at The Source?

A Yes.

Q Was it there when you departed The

A Yeah, he -- Ray and Dave had to approve everything. They wanted to see everything in the magazine before it went out. They -- they did that -- they started doing that with me.

Q Didn't they have that same sort of management style with the other editors-in-chief?

A No, not at all.

MS. LE ROUX: Objection.

A Not at all.

Q How do you know that?

A I mean from conversations with Carlito I can tell you that there were -- there were things that Carlito would do and they would -- they would make comments about it after it was done, but they wouldn't interfere with the editorial process the way that they did when I became the editor-in-chief. It wasn't the same. I mean a lot of people commented on that or felt the same way, that things were different with Carlito. Dave and Ray weren't always involved from Adila to Katie Shad to Paul, to even Jeremy. They knew that

when Carlito was editor-in-chief when Selwin was editor-in-chief Dave and Ray were not involved in as many decisions, editorial decisions, or in all the editorial decisions the way they involved themselves when I became the editor-in-chief.

Q But that's your opinion, correct?

MS. LE ROUX: Objection.

A No, these are conversations that I had with people in the office.

Q These are all their opinion, though, correct?

MS. LE ROUX: Objection.

A It's my opinion. It's Carlito's opinion. It's what Jeremy has said. It's what Katie Shad has said. It's what Paul has said, Shire Calabra, Jeremy. Like people have said things like that in their conversations with me and I knew from working under Carlito that there were things that he could do that I couldn't do. Even Ray would say things like we would -- this story would have not, you know, we wouldn't have got this through if it -- if you were Carlito. This stuff wouldn't be