2  Magazine?

3          A      No.

4          Q      How do you know that?

5          A      Well, I know that Stets and Ous,

6  that it was nowhere in their job description.

7  They were not involved in the editorial end of

8  the magazine and Terry was a designer, but he

9  worked specifically for the entertainment

10  division and he was not designing for the

11  editorial division.

12          Q      The complaint that you gave to

13  Julie Als in the summer of 2004, was that in

14  writing?

15          A      No, it wasn't.  It was verbal, and

16  as I mentioned, they took those photos down

17  when we moved and then we moved offices and

18  they put photos back up in their individual

19  cubicles.

20          Q      The move was some time in November

21  of 2004?

22          A      Correct.

23          Q      Where did you move to?

24          A      23rd Street between 5th and 6th.

25          Q      Do you recall who put the pictures

2  back up in the new location?

3       A     I knew that Terry did.  Jason did

4  and I don't recall who else did.

5       Q     When you said that they were in

6  their cubicles, were the pictures inside their

7  cubicle?

8       A     There were open work stations.

9       Q     Did you complain again about the

10  pictures?

11      A     No, I did not.

12      Q     Were you injured as a result of the

13  images of these women?

14                 MS. LE ROUX:  Objection.

15             You can answer.

16      A     I was offended.

17      Q     Were you injured?

18                 MS. LE ROUX:  Objection.

19             You can answer.

20      A     I was injured in that it added to

21  the way that I felt on everything that had

22  happened to me as a whole, so yes, that added

23  to part of what I went through and how I felt

24  and how I was hurt and offended and incensed

25  and outraged.

1

2    Q    How did this injury manifest

3 itself?

4    A    I'm sorry, I don't understand your

5 question.

6    Q    How did it manifest itself?  Did

7 you have any physiological reaction to the

8 images?

9    A    No.

10    Q    You have described three bases for

11 the claim?

12    A    Correct.

13    Q    One is gender discrimination?

14    A    Yes.

15    Q    A second is sexual harassment?

16    A    Correct.

17    Q    And the third is retaliation,

18 correct?

19    A    Right.

20    Q    Is that correct?

21    A    Yes.

22    Q    Let's focus on the sexual

23 harassment part of your claim.  What is the

24 factual basis for your sexual harassment claim?

25    A    As it relates to me?

Q     Yes.

A     The first incident occurred when we were in our new office space.

Q     This is November of 2004?

A     I don't know if it was November of 2004 or December of 2004, but it was our new office space and I was walking down the hall from my office to the reception area to get my lunch and Stets and Wiz, also known as Alvin Childs, was walking behind me and he said to me damn, you look good in those jeans.

Q     So this was Alvin Childs said this to you?

A     Correct, and I was incredibly offended that he would say that to me.

Q     Who else was in your presence when this happened?

A     Stets was with him.

Q     Anyone else?

A     No.

Q     Did you complain?

A     No, I did not.

Q     Did you have another occurrence?

A     Yes, I did.

2        Q      Did you feel injured by this one

3   incident in November of 2004?

4        A      Yes, I did.

5        Q      How did you feel injured?

6        A      I worked in the entertainment

7   industry since the early '90s and in my entire

8   career I had never had somebody who was a

9   subordinate to me, let alone another male that

10  I worked with, speak to me in such a manner.

11       Q      How did it make you feel?

12       A      It made me feel degraded as a woman

13  and he also knew that I was married because my

14  wedding pictures were prominently displayed in

15  my office and I would also reference and talk

16  frequently about my husband, so he was well

17  aware.

18       Q      Did you have any other incident

19  with Alvin Childs?

20       A      Yes, with Alvin Childs.  Again I

21  was in my office and I had a lollipop in my

22  mouth and he came in and he was having a brief

23  conversation with me and then he was like damn,

24  I'll give you something to suck on.

25       Q      Did Alvin Childs report to you?

1

2      A       No, he did not.

3      Q       What was his position?

4      A       I am not sure.

5      Q       When did this occur?

6      A       It also occurred in the new office

7   in late 2004, November or December.  I'm not

8   sure when.

9      Q       Did you complain?

10     A       No, I did not.  I didn't complain

11  because I knew that he was a very good friend

12  of Raymond Scott's and I had been told one of

13  his best friends in fact, and as you know

14  Raymond Scott owns the company or owned the

15  company at that point, and I had been told

16  quote un quote that he was untouchable and why

17  complain about somebody that you can't do

18  anything about and also I had a history of

19  complaining about various things over the

20  course of the year and absolutely nothing had

21  been done.

22     Q       How did you discover that Alvin

23  Childs was good friends with Ray?

24     A       I was told that he was.

25     Q       Did this come in context of these

1   incidents?

2      A      No.

3      Q      How did you discover that he was

4   good friends with Ray?

5      A      Leroy Peeples told me that at one

6   point and then he, himself, told me that, that

7   he had come from Boston and was good friends

8   with Ray.

9      Q      Did you feel injured as a result of

10  this incident?

11     A      Yes, I did.

12     Q      How did you feel injured?

13     A      Degraded, insulted, incredibly

14  ashamed, like why would he say that to me.

15     Q      Did you talk to anyone outside of

16  the company about these incidents?

17     A      I talked to my best friend about

18  the incident.

19     Q      What is her name?

20     A      Gina Dennis.

21     Q      Did you speak to anyone else?

22     A      No, I did not.

23     Q      What was the sum and substance of

24  your discussion with her?

 A    I told her what had happened to me and how it made me feel and how I was offended and felt that I had been degraded.

 Q    In the first incident that you had with Alvin Childs, did you ever tell him to stop?

 A    No, I did not tell him to stop.

 Q    Did you ever tell him that you didn't appreciate his comments?

 A    No, I did not.

 Q    Did you ever tell him that if this continues I'm going to go and complain about it?

 A    No, I did not.

 Q    Is there a reason why you didn't say anything to him?

 A    Yeah, because for an entire year I had been complaining to other people, superiors, people that I thought would help me, people that I thought would listen to me and absolutely nothing had been done, so it was pretty apparent to me at that point that nothing would be done about that either.

 Q    Ms. Joyce, I'm not talking about

2  whether you approached management.  I'm talking

3  about whether you said something to Mr. Childs.

4            So I ask you again is there a

5  reason why you didn't say that to him?

6       A     Yeah, because he was one of Ray's

7  best friends and I felt that something would

8  happen to me before it happened to him.

9       Q     Wasn't he a subordinate to you?

10      A     It didn't matter.

11      Q     Is that based on your assumption

12 that something would happen to you?

13                  MS. LE ROUX:  Objection.

14            You can answer.

15      A     It's based on my assumption and

16 what I had seen happen to other people in the

17 workplace prior to.

18      Q     Had anyone else had incident with

19 Alvin Childs and was terminated from The

20 Source?

21      A     Not with him.

22      Q     Well, I'm only focusing on Mr.

23 Childs.

24      A     So no.

25      Q     Is there anybody -- is he part of

1

2  the Boston crew?

3        A       Yes, he is.

4        Q       Were there any incidents regarding

5  other women and the Boston crew that you

6  believe resulted in their termination from the

7  source?

8        A       No, not that I'm aware of.

9        Q       So your fear that you would be

10  terminated from The Source if you said anything

11  regarding Alvin Childs was your assumption,

12  correct?

13        A       Correct.

14                MS. LE ROUX:  Objection.

15                You can answer.

16        Q       The second incident with Mr. Childs

17  concerning this lollipop, did you ever tell him

18  to stop?

19        A       No, I did not.

20        Q       Did you ever tell him that you

21  didn't appreciate his comments?

22        A       No, I did not.

23        Q       Did you ever tell him that it made

24  you feel uncomfortable?

25        A       No, I did not.

         Q      Did you ever tell him that if this
continues you're going to go to HR?

         A      No, I did not.

         Q      Is there a reason why you didn't
say these things to him?

         A      Because I felt that I could not say
anything to him because he was one of Raymond's
best friends.

         Q      And again your fear that something
would happen to you is based on assumption,
correct?

                    MS. LE ROUX:  Objection.

                    You can answer.

         A      Correct.

         Q      Were there any other incidents with
Mr. Childs, other than the two you've
described?

         A      Yes.

         Q      With regard to the lollipop
incident, did you complain to anybody?

         A      No, I did not.

         Q      Was there a third incident?

         A      Yes, there was.

         Q      When was that?

1

2       A       It was the day before we broke for

3   the Christmas holiday.  I don't remember the

4   exact day, but it was December of 2004, and I

5   noticed that people were walking by with candy

6   canes, so I went in search for a candy cane and

7   I saw Wiz with one and he was giving it to a

8   young woman and I asked him if he had another

9   one.

10      Q       Is Wiz Alvin Childs?

11      A       Yes, and he said no, I just gave it

12  to her but I told her she had to lick it until

13  the white came out.

14      Q       Now was that comment directed at

15  you or directed at the other woman?

16      A       That was directed at the other

17  woman but said to me, and I just --

18      Q       Who was the other woman?

19      A       I don't remember her name.  She was

20  an intern.  I believe that she either worked in

21  the promotion department or for the record

22  label, but I'm not sure.

23      Q       Did you ever complain to anyone?

24      A       No, I didn't.  I just walked away

25  in utter and complete disgust.

2      Q      Did you ever tell him to stop?

3      A      No.

4      Q      Did you ever tell him not to talk

5 to you that way?

6      A      No.

7      Q      Did you ever tell him that you felt

8 uncomfortable?

9      A      No.

10      Q      Did you ever tell him if you don't

11 stop I'm going to go to HR?

12      A      No.

13      Q      Is there a reason why you didn't

14 say these things to him?

15      A      Because I felt as though nothing

16 would be done.

17      Q      But that has nothing to do with

18 telling him to stop, correct?

19      A      It has nothing to do with telling

20 him to stop, but telling him to stop, he would

21 go back to his boy Ray.

22      Q      Any fear that you had that

23 something might happen to you as a result of

24 telling him that is based on your assumption,

25 correct?

2       A       Correct.

3       Q       Was there any other incidents with
4  Mr. Childs?

5       A       There was a holiday party also
6  December of 2004, probably the second week, and
7  the photographer asked us to take a picture
8  together and he was standing right next to me,
9  so just sort of the way that he wrapped his arm
10 around me, but he brushed my butt in the
11 process, and there is a whole lot of back to
12 cover when you want to wrap your arm around
13 somebody.  Your hand doesn't have to be
14 anywhere near the butt, and it made me feel
15 uncomfortable.

16      Q       Did he place his hands on your
17 dairy air?

18      A       He brushed my butt.

19      Q       So when you say brushed, it sort of
20 moved?

21      A       Right.

22      Q       That hand never stood still --

23      A       No.

24      Q       -- on your diary air; is that
25 correct?

2       A       Correct.

3       Q       Whose idea was it to take a picture

4   with him?

5       A       The photographer asked us to take a

6   picture.

7       Q       Couldn't you have declined?

8       A       I just went ahead and took the

9   picture.

10      Q       But couldn't you have declined?

11      A       I could have.

12      Q       At that point that the picture was

13  taken at the holiday party, had the three other

14  incidents occurred?

15      A       Two of the incidents had occurred.

16  The third had not.

17      Q       So the third regarding the candy

18  cane had not occurred yet?

19      A       Correct.

20      Q       Did you say anything to him when he

21  brushed up against you?

22      A       No, I just walked away in disgust.

23      Q       The reasons why you didn't say

24  anything to him were similar to the reasons why

25  you hadn't said anything in the other three

2 incidents, correct?

3                    MS. LE ROUX:  Objection.

4          You can answer.

5     A     Correct.

6     Q     And the fear that you had that

7 something might happen to you at The Source if

8 you had said any of these things to him were

9 based on your assumptions, correct?

10                   MS. LE ROUX:  Objection.

11         You can answer.

12    A     Correct.

13    Q     Any other incidents with Mr.

14 Childs?

15    A     No.

16    Q     How did you feel injured as a

17 result of these incidents?

18                   MS. LE ROUX:  Objection.

19         You can answer.

20    A     I felt degraded.  I felt

21 objectified.  I felt humiliated and harassed.

22    Q     All four incidents Mr. Childs was a

23 subordinate to you, correct?

24    A     Correct.

25    Q     Are there any other factual bases

1

2      A     At this time.

3      Q     Your third basis for the claims

4  against The Source and David Mays and Raymond

5  Scott is retaliation.  What are the factual

6  bases for your retaliation claim?

7                     MS. LE ROUX:  Objection.

8                You can answer.

9      A     I had a history of complaining to

10 Dave Mays and my superiors and department heads

11 about what I perceived as gender discrimination

12 issues and things I had problems and issues

13 with.  After The Source awards in 2004 there

14 was that week that Stets didn't come to work at

15 all.

16     Q     Stets did not come to work?

17     A     Stets, and I had called him on a

18 Thursday and he told me this week was not good

19 for him and he wouldn't be in and he never

20 called me prior to Thursday to tell me he

21 wasn't coming in and I complained directly to

22 Dave Mays about it.  I would say at around that

23 time --

24     Q     When was this complaint?  I'm

25 sorry.  I missed that whole part.  When did

2 Stets Austin fail to come to work?

3        A       The week after The Source awards,
4 so October of 2004.

5        Q       Do you recall what day these Source
6 awards were in 2004?

7        A       They were the weekend of Memorial
8 Day.

9        Q       Of Labor Day?

10        A       Of Labor Day -- no, not Labor Day,
11 Christopher Columbus, and I don't remember what
12 day on the weekend they fell.  Maybe a Sunday
13 night.  I'm not sure, and I, myself, was back
14 in the office on Tuesday as were most of the
15 other department heads.

16        Q       So what day did he fail to appear
17 to work?  Was that the Thursday following?

18        A       Tuesday, Wednesday, Thursday, so
19 finally on Thursday I was able to get in touch
20 with him and ask him where he was, why he
21 hadn't been in all week, why hadn't he touched
22 base with me, etc.  He in essence told me this
23 week was not good for me and that he wouldn't
24 be in, and I complained to Dave Mays and I
25 would say at about that time Dave's temperament

2  with me changed.

3        Q      How did it change?

4        A      He began to get verbally abusive

5  with me and yelling and cursing at me and

6  speaking to me in a tone that he had never used

7  before, what the fuck are you doing, are you

8  fucking stupid, etc.

9        Q      Had he ever spoken like that to you

10 before?

11       A      Never.

12       Q      Had he ever spoken like that to

13 anyone that you observed?

14       A      I have never seen him speak to

15 another male as enraged as he was with me, like

16 literally turning red in the face, screaming at

17 me at the top of his lungs, screaming at me in

18 public in front of my colleagues and

19 co-workers.

20       Q      Who was present when this happened?

21       A      Well, during one occasion Steven

22 Delmar was in his office when he was cursing me

23 out on the phone and Steven came into my office

24 after it happened and asked me if I was okay

25 because he had heard the entire conversation.

1

2          Q       How did he hear the conversation?

3          A       He was in Dave's office.

4          Q       Okay.

5          A       On another occasion Dave screamed

6    at me and cursed me out in front of Dawn.

7          Q       Dawn?

8          A       Smith and those are the only two

9    times I had witnesses.

10         Q       How many times would you say that

11   Dave yelled and screamed at you?

12         A       Oh, that's not true.  There was

13   another time in a department head meeting at

14   the Comfort Diner on 23rd Street when he yelled

15   and screamed at me at the table and all of the

16   department heads were there.

17         Q       When was that?

18         A       Late 2004, maybe November,

19   December.

20         Q       The first time that he yelled and

21   screamed at you was in October of 2004,

22   correct?

23         A       Yes.

24         Q       What was the second time?

25         A       Probably late October and then it

2 became a consistent thing.

3       Q       You said there were three

4 occasions, correct?

5       A       That I had witnesses.

6       Q       Oh, I see.

7       A       There were other occasions that he

8 would yell and scream at me and curse at me.

9       Q       You had said that you had not seen

10 him react that way towards men to that degree?

11      A       Correct.

12      Q       Had you observed him yelling and

13 screaming and cursing at men?

14      A       I had seen him -- for example, I

15 had a common wall with a person by the name of

16 Griff.  Griff was in the office directly to the

17 right of me and I heard him go into Griff's

18 office one day and was like yo, man, what the

19 fuck is this, but he wasn't yelling or

20 screaming at him at the top of his lungs.

21      Q       But he was yelling?

22      A       He wasn't yelling.

23      Q       He was yelling and cursing,

24 correct?

25      A       No, to Griff?

1

2          A       No, I did not.

3          Q       When you said that Dave Mays became

4   verbally abusive and was yelling and cursing at

5   you, what did he say?

6          A       What are you fucking doing, what

7   are you fucking stupid, and one time he asked

8   me -- I can't remember his exact words, but

9   something to the effect of I'm not fucking

10  saying this in Chinese; you understand what I'm

11  asking you.

12         Q       When did he say what are you

13  fucking doing, what are you saying, what are

14  you stupid?  Is that when you were talking

15  about Stets Austin?

16         A       No.

17         Q       When did this happen?

18         A       Late 2004 after the last time that

19  I complained about Stets not showing up and

20  being present for a week, suddenly Dave was

21  like a different human being to me.

22         Q       You've already described on the

23  record the nature of the complaints that you

24  told him --

25         A       Correct.