# COPY OF TRANSCRIPT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

1

- - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY OSORIO and MICHELLE JOYCE,

                    Plaintiffs,

          -against-

SOURCE ENTERPRISES, INC., SOURCE ENTERTAINMENT,
INC., DAVID MAYS in his official and individual
capacities, and RAYMOND SCOTT, also known as
"BENZINO," in his official and individual
capacities,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

                    500 Pearl Street
                    New York, New York

                    May 26, 2006
                    9:41 a.m.


          **DEPOSITION** of **KIMBERLY OSORIO**, a

Plaintiff in the above-entitled action, held at

the above time and place, pursuant to Notice of

the Honorable Jed Rakoff, taken before Tania C.

Pedrosa, a shorthand reporter and Notary Public

within and for the State of New York.

```
1                          OSORIO                    67
2          A      I can't remember at this time.
3          Q      Have you ever heard the term
4   objectify women?
5          A      Yes.
6          Q      What does it mean to you?
7          A      When women are looked at as objects
8   as opposed to people of equal standing to men.
9          Q      Is that an issue that you felt was
10  in the hip hop industry?
11         A      I feel that there are so many
12  issues within the hip hop industry.  I can't
13  just name all of them.  That can be an issue at
14  times but, you know, I don't want it to look
15  like that's what hip hop does, yeah, that can
16  be an issue.
17         Q      Have you defended yourself?
18                MR. THOMPSON:  Wait, I don't
19                think she was finished.
20         A      As I stated, you know, that can be
21  an issue at times, but there is a lot of good
22  music out there that represents the hip hop
23  culture that may not necessarily, you know, get
24  any play in the media.
25         Q      With respect to objectifying women
```

OSORIO                          68

in hip hop, were there specific mediums, was it
in lyrics, was it in pictures or was it in
something else?

    A    I think there's this misconception
of what hip hop is from, you know, a small
amount of the videos that are out there that
may objectify women because I think that the
media tends to zone in on those videos or those
lyrics when they talk about hip hop and that's
just -- as I said, that's just one part.
That's not a representation of the whole.

    Q    Other than videos and lyrics, are
there also pictures that you believe in hip hop
that objectify women?

    A    I believe there are, not all
pictures, but I can tell the difference between
a model and a picture that's objectifying
women.  It's not exclusive to hip hop.  There
are images out there of women outside of hip
hop.

    Q    That are being objectifying?

    A    Yes.

    Q    In hip hop describe for me what
image you believe objectifies women?

```
 1                         OSORIO                    69
 2           A      By image you mean picture?
 3           Q      We'll start with picture.
 4           A      An image that I believe would
 5      objectify women or one that's already out there
 6      or are you just hypothetically speaking?
 7           Q      Your opinion is what I'd like to
 8      know.
 9           A      What's your question?
10      Hypothetically speaking, because I don't recall
11      any specific images.
12           Q      Other than specific images, what is
13      your belief of a hip hop image that objectifies
14      women?
15           A      A hip hop image, I don't recall
16      any.
17           Q      Is there an image in your mind
18      other than hip hop that you believe to be
19      objectifying women?
20           A      If a woman was maybe being raped or
21      doing -- maybe on her knees.  I mean there are
22      images out there that I could see, you know,
23      where women are objectified.  Are they
24      exclusive to hip hop, no, not at all.
25           Q      What about women in scantily clad
```

```
1                            OSORIO                    70
2    clothes, is that objectifying women?
3            A      I think there can be instances, but
4    in general I would say no because that's
5    modeling.  Like if a women has a nice body and
6    she's a model for a hip hop publication or a
7    non hip hop publication like Maxim, no.
8            Q      You don't find that objectifying
9    women; is that right?
10           A      No, I don't.
11           Q      What about women that are --
12           A      Those women are voluntarily
13   modeling.
14           Q      So if they weren't voluntarily
15   modeling and they were scantily clad you would
16   find that objectifying women?
17           A      In pictures?
18           Q      Yes.
19           A      You mean like if someone snapped a
20   photo?  I don't understand what you mean.
21           Q      Someone who is not paid, who is not
22   a model and is wearing scantily clad clothes
23   and their image is captured, is that
24   objectifying a woman?
25           A      Are they voluntarily wearing the
```

```
1                         OSORIO                    71
2    scantily clad clothing?
3         Q     It's your image that we're talking
4    about.
5         A     You volunteered it.
6         Q     If she has the clothing on herself
7    and someone captures that image, is that
8    objectifying women?
9         A     What's she doing in the image?
10        Q     Let me go back for a moment.  I'm
11   trying to understand what your belief is that
12   an image objectifies women.  Thus far you have
13   given me two instances, a woman being raped and
14   a woman on her knees.
15              Anything else?
16        A     Not just on her knees.  I mean on
17   her knees maybe in front of a man.  It depends
18   on the specific image, like we both can have
19   different images in our minds right now.
20              I can't see the image so I can't
21   tell you whether I feel like a woman is being
22   objectified in this particular image.  I mean
23   if you create an image in your head I can't
24   answer your question and say okay, yes or no.
25   I don't know what you're thinking unless you
```

OSORIO                                      72

really explain to me what you mean.

A scantily clad woman as a model
posing, I don't think that's necessarily being
objectified, but I think that there also can be
cases where it may be possible.

Q      What are those cases where it may
be possible that they're being objectified?

A      Depending on what they're doing in
the photo or how the photo is being used or
whether there's any text to accompany that
photo that makes the picture -- you know, makes
the woman -- you know, it portrays her as an
object.

Q      Let's talk about the first thing,
which is what acts they're doing in the photo.

What acts in a photo do you believe
objectify women?  We're still with the scantily
clad model posing for an ad.

A      I don't recall.  I don't recall
what acts.

Q      Well, if they're performing a sex
act, would that be objectifying a woman?

MR. THOMPSON:  I'm going to
object to this line of

```
1                    OSORIO              73
2              questioning regarding the
3              hypotheticals you're posing to
4              Ms. Osorio.
5                    MS. COLWIN:  Okay.
6                    (Whereupon, a short recess
7              was taken from 11:18 to 11:28
8              p.m.)
9         A     I want to clarify something that I
10   said earlier.
11        Q     Sure.
12        A     You asked me whether I recall using
13   profanity at the workplace and there may have
14   been some profanity used in exchange with
15   Antoine Clark when he threatened me and used
16   profanity at me during an incident and I
17   believe I repeated back to him what he said.
18        Q     How is it that you recall that now
19   after the break?
20        A     I just remembered.
21        Q     Was this during the break you had
22   with your counsel?
23        A     Actually, while I was in the
24   bathroom.
25        Q     Is this during the break you had
```

```
1                        OSORIO                74
2      with your counsel that you recalled?
3            A     Yes.
4                  MR. THOMPSON:  For the
5                  record, we had a break.  She went
6                  to the rest room.  She wasn't
7                  with counsel, for the record.
8                  MS. COLWIN:  I'm not asking
9                  for anything else other than
10                 during the break that she had
11                 with counsel.
12                 MR. THOMPSON:  During the
13                 break that we took.
14           Q     Did you talk to counsel during your
15     break?
16           A     Yes.
17           Q     Going back to the pictures.  I just
18     want to close a loop on this.
19                 Is it your testimony that if
20     someone takes a picture, they're scantily clad,
21     they're a model, they do so voluntarily, that's
22     not objectifying women?
23           A     I would have to see the picture.
24     You can't just -- I can't just say no to your
25     question.  I would need to see the image.
```

```
1                         OSORIO              75
2         Q     I'm going to go through it before I
3     show you any images.
4               At The Source did you ever see any
5     pictures of scantily clad women who were
6     models, that were doing so voluntarily, that
7     you found offensive?
8         A     I don't recall.
9         Q     I'll go through what scantily clad
10    means.  You've used the term scantily clad,
11    what do you mean by that?
12                   MR. THOMPSON:  Objection.
13                   That misstates the testimony.
14                   You used that term.
15                   MS. COLWIN:  She responded,
16                   counsel.
17                   MR. THOMPSON:  You used it
18                   first.
19                   MS. COLWIN:  I've asked her
20                   questions regarding scantily
21                   clad.
22        Q     What's your understanding of
23    scantily clad?
24        A     A little bit of clothing, bikini.
25        Q     Anything else?
```

```
1                        OSORIO              76
2         A      I'm sure there are others.
3         Q      As you sit here today, can you
4    recall any other examples of what you believe
5    to be scantily clad clothing?
6         A      Lingerie, certain types.
7         Q      Did anyone while you worked at The
8    Source come to you and say that they were
9    offended by pictures of scantily clad women who
10   work in the workplace?
11        A      Did -- can you restate your
12   question.
13        Q      Did anyone while you worked at The
14   Source come to you and say that they were
15   offended by pictures of scantily clad women?
16        A     Yes.
17        Q      Who came to you?
18        A      In the workplace I believe Adila
19   came to me and said there were some pictures in
20   the workplace.
21        Q      Were those pictures of models that
22   were scantily clad and did show voluntarily?
23                   MR. THOMPSON:   Objection.
24                   Compound question.
25        Q      What pictures were there that she
```

```
1                          OSORIO                    77

2      was offended by?

3           A      Pictures that were hanging on the

4      walls.

5           Q      What did they look like?

6           A      I don't recall.

7           Q      When did she come to you about the

8      pictures?

9           A      Because they were all over hanging

10     up.

11          Q      When did she come to you?

12          A      I don't recall.

13          Q      Do you recall the year?

14          A      I don't recall.

15          Q      Was it in 2002?

16          A      I don't remember the year.

17          Q      When did she start working for you?

18          A      For The Source?

19          Q      Yes.

20                 MR. THOMPSON:  That's not

21                 the question you initially asked.

22          A      She started working for The Source

23     in 2000 I believe.

24          Q      When did she start working for you?

25          A      When I was promoted to Executive
```

```
1                         OSORIO              78
2     Editor.
3          Q     What year was that?
4          A     I believe it was 2002.
5          Q     Was it shortly after she began
6     working for you that she complained about the
7     pictures on the wall?
8          A     I don't recall when it was exactly.
9          Q     Did you express that complaint to
10    anyone within The Source?
11         A     Did I express her complaint?
12         Q     Yes.
13         A     I think I told Julie.  I think I
14    mentioned it to Traci McGregor.
15         Q     Who was Traci McGregor at that
16    time?
17         A     Traci was a VP of Continent
18    Communications.  She was a senior person at the
19    company.
20         Q     Did you put anything in writing
21    regarding Adila Francis' complaint to you?
22         A     Not in writing, no.
23         Q     Did you complain more than once on
24    behalf of Adila Francis?
25         A     About the pictures?
```

1                         OSORIO                    79

2          Q     Yes.

3          A     I don't recall if it was more than

4     once or if it was --

5          Q     Were the pictures taken down?

6          A     No.

7          Q     Were the pictures ones that were

8     going to be used in the magazine?

9          A     The pictures that she was referring

10    to, no.

11         Q     The pictures she was referring to,

12    were these models that were scantily clad and

13    posed in the pictures voluntarily, as far as

14    you know?

15                    MR. THOMPSON:   Objection.

16                    Compound question.

17         A     Were these --

18         Q     Were these models scantily clad in

19    the pictures?

20         A     The pictures that she was

21    complaining about we're talking about?

22         Q     Yes.

23         A     Are not model pictures for The

24    Source.

25         Q     What were they?

```
                              OSORIO                    80
1
2          A      They were random pictures of women
3     and she wasn't the only one that complained
4     about them.
5          Q      Who else complained?
6          A      Miranda Jane.
7          Q      J-A-N-E?
8          A      Yes.
9          Q      Who is she?
10         A      She was an Associate Editor.
11         Q      Who else complained?
12         A      Ann-Marie Nicholson.
13         Q      Anyone else?
14         A      Not that I can recall right now.
15         Q      What was Ann-Marie Nicholson's
16    position?
17         A      At what time?
18         Q      At the time she made the complaints
19    to you.
20         A      I don't recall.
21         Q      Did you express Miranda Jane's
22    complaint and Ann-Marie Nicholson's complaint
23    as well?
24                        MR. THOMPSON:  To who?
25                        MS. COLWIN:  To anyone at
```

```
1                         OSORIO                    81

2              The Source.

3       A      About the pictures?

4       Q      Yes.

5       A      Their particular complaints, no.

6  About the pictures in general, yes, I spoke to

7  Julie about the pictures in general, but

8  specifically their complaints, not that I can

9  recall.

10      Q    Was anything done, to your

11 recollection, to those pictures after you

12 expressed your complaints?

13      A      No.

14      Q      They were remained on the wall?

15      A      At what time?

16      Q      After your complaints did they

17 remain on the wall?

18      A      I mean guys just generally threw up

19 pictures all the time of women.  I'm not

20 talking about pictures that were in the

21 magazine.  I'm talking --

22                    MR. THOMPSON:  Go ahead,

23              finish your answer.

24      A      I'm talking about like pictures of

25 women, you know, wearing bikinis, calendars,
```

```
 1                        OSORIO                    82
 2       those sorts of pictures.
 3                      MR. THOMPSON:  Ms. Colwin,
 4                  so we can have the record clear,
 5                  she's mentioned Julie twice.
 6       Q      You're talking about Julie Als; is
 7   that correct?
 8       A      Yes.
 9       Q      When you mentioned Julie during
10   your testimony you meant Julie Als?
11       A      Yes, the head of HR.
12       Q      How are women portrayed in hip hop
13   in images?
14                      MR. THOMPSON:   Objection.
15       A      In general?
16       Q      Have you talked about the hip hop
17   industry on the radio?
18       A      Yes.
19       Q      Have you talked about the hip hop
20   industry on television?
21       A      Yes.
22       Q      Have you written articles about the
23   hip hop industry?
24       A      Yes.
25       Q      Would you consider yourself an
```

```
1                        OSORIO                  83
2    expert in the hip hop industry?
3         A    Yes.
4         Q    How are women portrayed in hip hop?
5         A    Women in hip hop are portrayed in
6    different ways.
7         Q    Tell me the ways.
8         A    Sometimes they're praised.  Kanye
9    West had a song about his mother, you know.
10   Mos Def has had songs about, you know, his
11   women.  Tupac had a song about, you know, dear
12   mama, keep your head up, talking to women.
13   These are -- this is a way that, you know,
14   women are portrayed in hip hop.  They are hip
15   hop artists, they've made these songs about
16   women.
17        Q    Other than praise for women, what
18   --
19        A    Other than praise, women have also
20   been criticized.
21        Q    How so, other than what you've
22   already testified?
23        A    There are songs out there that I
24   can't particularly recall right now, but there
25   are songs where they've been referred to as a
```

```
1                        OSORIO                84

2       bitch or hoe.

3              Q      What about images, how are women

4       portrayed in hip hop in images?

5              A      What images are we talking about?

6              Q      Pictures, videos.  Start with

7       pictures.

8              A      Give me a specific one and then

9       I'll tell you how that woman is portrayed and

10      then I can tell you.  I can't just tell you oh,

11      in general women are portrayed like this.   I

12      can't testify to that.

13             Q      You have no opinion as to how women

14      are generally portrayed in hip hop when it

15      comes to pictures, is that what you're saying?

16             A      I didn't say I have an opinion.

17             Q      I'd like to hear your opinion.

18             A      That's not what you asked before.

19             Q      Then I'll rephrase the question.

20      What is your opinion as to how women are

21      portrayed in images in the hip hop industry?

22             A      I think that there are times where

23      women are portrayed negatively, but there are

24      also times when women are portrayed positively.

25             Q      When they're portrayed negatively,
```

```
1                          OSORIO                    85
2     what do you mean by that?
3          A      I would have to see images to be
4     able to explain what I mean.
5          Q      Is it your testimony that you have
6     no independent recollection as to what your
7     opinion is as to what it means when women are
8     portrayed negatively in the hip hop industry
9     with respect to images?
10         A      With respect to images, it depends
11    on the image, what the women are doing in the
12    image and what text accompanies the image.
13         Q      As you sit here today, could you
14    give us examples of what you found to be
15    negative portrayals of women in hip hop images?
16         A      Negative portrayals of women in hip
17    hop, I'm just not clear on what --
18         Q      I'm only following up on what you
19    said to me.
20         A      Okay.  I don't recall.
21         Q      Videos, what is your opinion on how
22    women are portrayed in hip hop videos?
23         A      In what videos?
24         Q      Do you have an opinion as to how
25    women are portrayed in hip hop with respect to
```

```
 1                        OSORIO                    255
 2     she was uncomfortable by something that he
 3     said.  Janique Burke, I believe that there were
 4     incidents where Dale was asking her out, asking
 5     her to get with him, asking her to not only go
 6     out with him, but to get with him.
 7          Q     The term get with him, is what
 8     we've already defined as having sex?
 9          A     Having sex, right.
10          Q     Who else?
11          A     Michelle Joyce, there were comments
12     made to her.
13          Q     By whom?
14          A     Wiz, something about a lollipop,
15     that's to my memory.  Also Miranda Jane was
16     very, very offended by comments that Ray had
17     made about Ashanti on the cover of the magazine
18     having a fat pussy.
19          Q     Was that once, a single incident,
20     that he said that?
21          A     I can't tell you how many times he
22     said it.  I can tell you what she told me he
23     said to her.
24          Q     Did you observe that comment from
25     Ray Scott to Miranda Jane?
```

```
 1                         OSORIO                    256
 2          A      No, she told me about it.
 3          Q      Did you observe the comment from
 4   Wiz to Michelle Joyce concerning the lollipop?
 5          A      No, she told me about it.
 6          Q      Did you observe Ray or Dale Johnson
 7   telling Janique Burke to get with him?
 8          A      No, that I heard about.
 9          Q      Did you observe the interaction
10   between Dale Johnson and Siobhan O'Connor?
11          A      I saw some interaction.  I don't
12   know what was said.  I only know that she told
13   me it made her uncomfortable.
14          Q      Did you believe the interaction was
15   inappropriate?
16          A      She told me that it was
17   inappropriate.  She told me that it made her
18   feel uncomfortable.  I think Dale said
19   something about her chest and he used the word
20   tits, if I can recall.
21          Q      Did you hear him say that to
22   Siobhan O'Connor?
23          A      That's what -- I don't recall who
24   told me, whether it was Siobhan O'Connor that
25   told me or whether it was Adila.  Siobhan
```