UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIMBERLY OSORIO,

                                   Plaintiff,

        v.

SOURCE ENTERPRISES, INC.,
SOURCE ENTERTAINMENT, INC.,
DAVID MAYS in his official and individual
capacities, and RAYMOND SCOTT, also known
as "BENZINO," in his official and individual
capacities,

                                Defendants.
----------------------------------------------------------------X

05 Civ. 10029 (JSR)(JCF)

**PLAINTIFF OSORIO'S
PROPOSED VERDICT
SHEET**

Plaintiff Kimberly Osorio, by and through her attorneys, Thompson Wigdor & Gilly LLP, hereby proposes that the following verdict sheet be used in the trial of this matter.

Dated:  New York, New York
          October 4, 2006

                                                    Respectfully submitted,

                                                      **THOMPSON WIGDOR & GILLY LLP**

                                                      By: _____
                                                          Kenneth P. Thompson (KT-6026)
                                                          Douglas H. Wigdor (DW-9737)
                                                          Michelle M. le Roux (ML-2773)

                                                      Empire State Building
                                                      350 Fifth Avenue, Suite 5720
                                                      New York, New York 10118-0110
                                                      Tel: (212) 239-9292
                                                      Fax: (212) 239-9001

                                                      Counsel for Plaintiff Kimberly Osorio

**JED S. RAKOFF, District Judge:**

According to the principles of law as charged by the Court and the facts as you find them from a preponderance of the evidence, please answer the following questions:

## SECTION 1: Hostile Work Environment Sexual Harassment

On Plaintiff Kimberly Osorio's claim of hostile work environment sexual harassment, we the jury find:

Source Enterprises, Inc.

    Liable _____          Not Liable _____

Source Entertainment, Inc.

    Liable _____          Not Liable _____

Raymond Scott

    Liable _____          Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

The compensatory damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

The nominal damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

Plaintiff Kimberly Osorio is entitled to punitive damages for her hostile work environment sexual harassment claim:

        YES _____          NO _____

## SECTION 2: Discriminatory Discharge

On Plaintiff Kimberly Osorio's claim of discriminatory discharge, we the jury find:

Source Enterprises, Inc.

    Liable _____      Not Liable _____

Source Entertainment, Inc.

    Liable _____      Not Liable _____

David Mays

    Liable _____      Not Liable _____

Raymond Scott

    Liable _____      Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Kimberly Osorio are:

    $ _____

The compensatory damages, if any, due to Plaintiff Kimberly Osorio are:

    $ _____

The nominal damages, if any, due to Plaintiff Kimberly Osorio are:

    $ _____

Plaintiff Kimberly Osorio is entitled to punitive damages for her discriminatory discharge claim:

    YES _____      NO _____

## SECTION 3: Retaliation

On Plaintiff Kimberly Osorio's claim of retaliation, we the jury find:

Source Enterprises, Inc.

    Liable _____                          Not Liable _____

Source Entertainment, Inc.

    Liable _____                          Not Liable _____

David Mays

    Liable _____                          Not Liable _____

Raymond Scott

    Liable _____                          Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

The compensatory damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

The nominal damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

Plaintiff Kimberly Osorio is entitled to punitive damages for her retaliation claim:

    YES _____                          NO _____

## SECTION 4: Defamation

On Plaintiff Kimberly Osorio's claim of defamation, we the jury find:

Raymond Scott

    Liable _____                Not Liable _____

[If you have found liability on this claim, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The compensatory damages, if any, due to Plaintiff Kimberly Osorio are:

        $ _____

Plaintiff Kimberly Osorio is entitled to punitive damages for her defamation claim:

    YES _____                NO _____

**FINAL INSTRUCTIONS:** ONCE YOU HAVE COMPLETED THIS FORM, THE JURY'S FOREPERSON SHOULD SIGN AND DATE IT.

THEN ADVISE THE COURT BY NOTE THAT YOU HAVE REACHED A VERDICT AND THAT YOU ARE READY TO RETURN TO THE COURTROOM TO ANNOUNCE YOUR VERDICT.

Dated:　　　New York, New York

_____, 2006
　　　　(date)

_____
　　　　　　　　FOREPERSON