```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
KIMBERLY OSORIO,                          :
                                          :
            Plaintiff,                    :    05 Civ. 10029 (JSR)
                                          :
        -v-                               :    FINAL JUDGMENT
                                          :
SOURCE ENTERPRISES, INC., SOURCE          :
ENTERTAINMENT, INC., DAVID MAYS in        :
his official and individual               :
capacities, and RAYMOND SCOTT, also       :
known as "BENZINO," in his official       :
and individual capacities,                :
                                          :
            Defendants.                   :
---------------------------------------- x
```

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10-31-06*

JED S. RAKOFF, U.S.D.J.

    For the reasons stated earlier today from the bench, see transcript, 10/31/06, as well as in the earlier proceedings herein, final judgment is hereby entered in this case, as follows:

    (1) On plaintiff's claims of unlawful retaliation, all four defendants are hereby determined to be liable, jointly and severally, to plaintiff in the total sum of $4,377,604.34 (consisting of $4 million in compensatory damages, $107,969.15 in back pay, $5,060.19 in pre-judgment interest, and $264,575.00 in front pay), of which all but $1 is allocated to plaintiff's claims of retaliation under New York State and New York City law, and the remaining $1 is allocated to plaintiff's retaliation claim under federal law.

    (2) On plaintiff's claim of defamation under New York State law, defendant Raymond Scott is hereby determined to be liable to plaintiff in the total sum of $3.5 million.

    (3) All other claims are dismissed with prejudice.

A memorandum setting forth the reasons for these determinations will issue in due course. Commencing immediately, however, post-judgment interest will accrue at a rate of 9 percent.

SO ORDERED.

                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
        October 31, 2006