UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIMBERLY OSORIO                          :
                                         :    05 Civ. 10029 (JSR)(JCF)
                      Plaintiff,         :
                                         :
            v.                     :
                                         :
SOURCE ENTERPRISES, INC.,                :
SOURCE ENTERTAINMENT, INC.,              :
DAVID MAYS in his official and individual :
capacities, and RAYMOND SCOTT, also known :
as "BENZINO," in his official and individual :
capacities,                              :
                                         :
                    Defendants.       :
----------------------------------------------------------------X

## NOTICE OF MOTION
## FOR A NEW TRIAL ON PUNITIVE DAMAGES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law with supporting documentation, pursuant to Rule 59 of the Federal Rules of Civil Procedure, Plaintiff Kimberly Osorio ("Plaintiff") now moves this Court for an Order: (a) granting a new trial on punitive damages by reconvening the trial jury to determine the appropriate amount of punitive damages to be awarded in this case; or, in the alternative (b) granting a new trial before a new jury to determine the appropriate amount of punitive damages to be awarded in this case. Pursuant to the Court's ruling, opposition papers, if any, shall be due on November 28, 2006.

1

Dated: New York, New York            THOMPSON WIGDOR & GILLY LLP
       November 10, 2006

By: _____
    Kenneth P. Thompson (KT-6026)
    Douglas H. Wigdor (DW-9737)
    Michelle M. le Roux (ML-2773)

    350 Fifth Avenue, Suite 5720
    New York, NY 10118
    Telephone: (212) 239-9292
    Facsimile: (212) 239-9001

    Counsel for Plaintiff Kimberly Osorio

**TO:** Mercedes Colwin, Esq.
Deborah Swindells Donovan
Gordon & Rees, LLP
One Liberty Plaza, 23rd Fl.
New York, NY 10006

Counsel for Defendants Source Enterprises, Inc. and Source Entertainment, Inc.

Scott T. Baken, Esq.
Jackson Lewis
One North Broadway, 15th Fl.
White Plains, NY 10601

Counsel for Defendants David Mays and Raymond Scott