UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY OSORIO and MICHELLE JOYCE, :
: 05 Civ. 10029 (JSR)(JCF)
Plaintiffs, :
:
v. :
:
SOURCE ENTERPRISES, INC., :
SOURCE ENTERTAINMENT, INC., :
DAVID MAYS in his official and individual :
capacities, and RAYMOND SCOTT, also known :
as "BENZINO," in his official and individual :
capacities, :
:
Defendants. :
------------------------------------------------------------X

## NOTICE OF MOTION
## FOR ATTORNEYS' FEES AND COSTS

**PLEASE TAKE NOTICE** that Plaintiffs will move this Court following the determination and conclusion of all post-trial motion practice and appellate practice, based on the Affidavit of Kenneth P. Thompson and all documents attached thereto, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs submitted therewith, pursuant to 42 U.S.C. § 1988, 42 U.S.C. § 2000e-5(k), § 8-502(f) of the New York City Human Rights Law and Federal Rule of Civil Procedure 54, for an Order: (1) awarding Plaintiffs reasonable attorneys' fees and costs plus interest; (2) amending the Judgment, entered on October 31, 2006, to include an award of attorneys' fees and costs plus interest; and (3) granting such other and further relief as the Court deems appropriate.

1

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served pursuant to the schedule to be set by the Court.

Dated: New York, New York
November 10, 2006

THOMPSON WIGDOR & GILLY LLP

By: _____
Kenneth P. Thompson (KT-6026)
Douglas H. Wigdor (DW-9737)
Michelle M. le Roux (ML-2773)

350 Fifth Avenue, Suite 5720
New York, NY 10118
Telephone: (212) 239-9292
Facsimile: (212) 239-9001

Counsel for Plaintiffs Kimberly Osorio and Michelle Joyce

TO: Mercedes Colwin, Esq.
Deborah Swindells Donovan
Gordon & Rees, LLP
One Liberty Plaza, 23rd Fl.
New York, NY 10006

Counsel for Defendants Source Enterprises, Inc. and Source Entertainment, Inc.

Scott T. Baken, Esq.
Jackson Lewis
One North Broadway, 15th Fl.
White Plains, NY 10601

Counsel for Defendants David Mays and Raymond Scott

# CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiff's Notice of Motion for Attorneys' Fees and Costs was served this 10th day of November, 2006, by ECF and overnight delivery upon counsel for Defendants as follows:

Mercedes Colwin, Esq.
Gordon & Rees, LLP
90 Broad Street, 23rd Fl.
New York, NY 10004

Scott T. Baken, Esq.
Jackson Lewis
One North Broadway, 15th Fl.
White Plains, NY 10601

_____
Michelle M. le Roux, Esq.