UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KIMBERLY OSORIO and MICHELLE JOYCE,   Civ. No.: 05 CV 10029 (JSR)(JCF)

                Plaintiff,   **NOTICE OF MOTION**

  -against-

SOURCE ENTERPRISES, INC.; SOURCE
ENTERTAINMENT, INC., DAVID MAYS
in his official and individual capacities;
and RAYMOND SCOTT, also known as
"BENZINO," in his official and individual
capacities,

                Defendants.
-----------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Mercedes Colwin, Esq. dated November 10, 2006 and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings herein, the undersigned hereby moves this court, before the Honorable Jed S. Rakoff, at the courthouse located at 500 Pearl Street, New York, NY 10007, for an Order granting Defendants', The Source Enterprises, Inc., and Source Entertainment, Inc., Motion In Support Pursuant to Rules 50 and 59.

Dated:    New York, New York
          November 10, 2006

                                              Respectfully submitted,

                                              GORDON & REES, LLP

                                              Mercedes Colwin, Esq. (MC 3862)
                                              Diane Krebs, Esq. (DK 8280)
                                              90 Broad Street, 23rd Floor
                                              New York, New York 10004
                                              (212) 269-5500

TO: Thompson, Wigdor & Gilly
Attorneys for Plaintiffs
350 Fifth Avenue, Suite 5720
New York, NY 10118

Scott Baken, Esq.
Jackson Lewis LLP
Attorneys for Defendants
DAVID MAYS and
RAYMOND SCOTT
One North Broadway, 15th Floor
White Plains, NY 10601